**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois**
**Eastern Division**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Mauricio Lasso | ) | Bankruptcy Case No. 13-02775 |
| | ) | |
| | ) | |
| Debtor | ) | |

## NOTICE OF ADDRESS CHANGE

Please take notice that the mailing address of the creditor in this matter has changed. The new mailing address for the Creditor is as follows:

> Dilks & Knopik, LLC
> As assignee to Bright Star Products, Inc.
> 35308 SE Center Street
> Snoqualmie, WA 98065

All future notices and correspondence should be directed to that address.

> Dilks & Knopik, LLC
> As assignee to Bright Star Products, Inc.

Dated: August 16, 2018        By: */s/ David R. Herzog*        .
                                                    One of their attorneys

David R. Herzog
HERZOG & SCHWARTZ, P.C.
77 W. Washington Street
Suite 1400
Chicago, Illinois 60602
(312) 977-1600